IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DEVIN ASHFORD, | ) | 8:12CV166 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| CITY OF OMAHA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on its own motion. On May 23, 2012, the court ordered Plaintiff to show cause why this case should not be dismissed for failure to inform the court of his current address. (Filing No. 6.) In its Memorandum and Order, the court cautioned Plaintiff that failure to show cause or to update his address by June 21, 2012, would result in dismissal without further notice. (*Id.*) Plaintiff has not responded to this court's previous Memorandum and Order, nor has Plaintiff updated his address with the court.

IT IS THEREFORE ORDERED that:

1. This action is dismissed without prejudice.

2. A separate judgment will be entered in accordance with this Memorandum and Order.

DATED this 2nd day of July, 2012.

BY THE COURT:

*s/ John M. Gerrard*
United States District Judge